IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FORTRESS SYSTEMS LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:06CV528 |
| | ) | |
| **GENERAL NUTRITION CORPORATION** | ) | **ORDER** |
| and **GENERAL NUTRITION CENTERS** | ) | |
| **INCORPORATED,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendants' unopposed motion [16] for enlargement of time to respond to the complaint and the parties' joint motion [17] to extend the Rule 26(f) reporting deadline. The extensions of time are requested to facilitate settlement discussions. For good cause shown,

**IT IS ORDERED:**

1. Defendants' unopposed motion [16] for enlargement of time to respond to the complaint is granted. Defendants are given until and including October 4, 2006 to answer or otherwise respond to the complaint.

2. The parties' joint motion [17] to extend the Rule 26(f) reporting deadline is granted. The parties are given until and including November 10, 2006 to file their planning report, at which time the court will schedule a Status Conference.

**DATED September 27, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**