# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FORTRESS SYSTEMS LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**GENERAL NUTRITION CORPORATION** )<br>**and GENERAL NUTRITION CENTERS** )<br>**INCORPORATED,** )<br>)<br>**Defendants.** ) | **8:06CV528**<br><br>**ORDER** |

For good cause shown, and noting the appearance of substitute defense counsel, the court finds that the MOTION FOR LEAVE TO WITHDRAW AS COUNSEL [24] filed by Wayne J. Mark, Timothy J. Thalken, and Fraser Stryker PC LLO, should be granted and the attorneys' appearances should be deemed withdrawn.

**IT IS SO ORDERED.**

**DATED October 10, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**