# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FORTRESS SYSTEMS LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **8:06CV528** |
| | ) | |
| **GENERAL NUTRITION CORPORATION** and **GENERAL NUTRITION CENTERS INCORPORATED,** | ) ) ) ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the parties' joint motion [31] to extend the Rule 26(f) reporting deadline. The extension of time is requested to facilitate settlement discussions. For good cause shown,

**IT IS ORDERED** that the parties' joint motion [31] to extend the Rule 26(f) reporting deadline is granted. The parties are given until and including **December 14, 2006** to file their planning report, at which time the court will schedule a Status Conference.

**DATED November 2, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**