IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FORTRESS SYSTEMS LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 8:06cv528 |
| GENERAL NUTRITION CORPORATION and GENERAL NUTRITION CENTERS INCORPORATED, | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

On the date indicated below, the parties' Joint Motion to Dismiss came before the Court. After considering the Motion and all other matters of record in this cause, the Court is of the opinion the Motion should be granted. It is, therefore

ORDERED that this action is hereby dismissed with prejudice to its refilling with each party to bear its own Court costs.

Signed this 23rd day of January, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE

AGREED:

BROWN, WINICK, GRAVES, GROSS,
   BASKERVILLE & SCHOENEBAUM, P.L.C.


By: *S/Camille L. Urban*
       Michael A. Dee (PK0014960)
       Camille L. Urban (PK0015919)
       Adam W. Jones (PK0018330)

4500 Westown Parkway, Suite 277
West Des Moines, Iowa 50266
(515) 242-2400
(515) 242-2488 – Facsimile

GROSS & WELCH, P.C., L.L.O.
Michael W. Pirtle (Bar No. 15738)
1500 Omaha Tower
2120 South 72nd Street
Omaha, Nebraska 68124
(402) 392-1500
(402) 392-1538 – Facsimile

ATTORNEYS FOR PLAINTIFF
FORTRESS SYSTEMS LLC


GARDERE WYNNE SEWELL LLP


By: *S/Connor Sheehan*
    Joe B. Harrison, *Admitted Pro Hac Vice*
    Steven E. Ross, *Admitted Pro Hac Vice*
    Joanne Early, *Admitted Pro Hac Vice*
    Connor Sheehan, *Admitted Pro Hac Vice*
    3000 Thanksgiving Tower

1601 Elm Street
Dallas, Texas 75201-4761
(214) 999-3000
(214) 999-4667 – Facsimile

FITZGERALD, SCHORR, BARMETTLER
  & BRENNAN, P.C., L.L.O.
Bruce D. Vosburg (Bar No. 14342)
13220 California Street, Suite 400
Omaha, Nebraska 68154-5228

ATTORNEYS FOR DEFENDANTS
GENERAL NUTRITION CORPORATION and
GENERAL NUTRITION CENTERS INCORPORATED